```
                                                          FILED
                                                          September 1, 2010
           UNITED STATES DISTRICT COURT FOR THE           CLERK, US DISTRICT COURT
                                                          EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                          DEPUTY CLERK
```

UNITED STATES OF AMERICA,  )
                                      )    Case No. 2:10CR00347-MCE
       Plaintiff,                 )
v.                                     )    ORDER FOR RELEASE OF
                                      )    PERSON IN CUSTODY
NAVPREET SINGH,              )
                                      )
       Defendant.              )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __NAVPREET SINGH__ , Case No. __2:10CR00347-MCE__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 100,000.00

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial conditions as stated on the record.

Issued at __Sacramento, CA__ on __September 1, 2010__ at __11:03 am__ .

                                              By  /s/ Gregory G. Hollows
                                                   Gregory G. Hollows
                                                   United States Magistrate Judge

Copy 5 - Court