JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DISHAN PERERA et al.,<br><br>    Defendants. | No. CR-S-10-347 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE<br><br>Judge:  Hon. Morrison C. England, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Dishan Perera, Alan Baum, Esq., counsel for defendant Jeremy Gachago, Michael L. Chastaine, Esq., counsel for defendant Ramiro Garcia, Christopher R. Cosca, Esq., counsel for defendant Love Deep Singh Sidhu, Christopher Haydn-Myer, Esq., counsel for defendant Leonard Woodfork, Olaf W. Hedberg, Esq., counsel for defendant Jason Cavileer, Dan F. Koukol, Esq., counsel for defendant Michael Tran, Michael D. Long, Esq., counsel for defendant Navpreet Singh, John R. Manning, Esq., counsel for defendant Imesh Perera, Mark Waecker, Esq., counsel for defendant Navjot Singh, Mark J. Reichel, Esq., and counsel for defendant Torey Moore,

Shari Rusk, Esq., that the status conference presently set for March 17, 2011 be **continued to April 28, 2011, at 9:00 a.m.**, thus **vacating** the presently set status conference.

      This is a complex case involving voluminous discovery and a large amount of evidence therefore the parties request further time to review discovery and complete investigation. Counsel for the parties therefore agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference April 28, 2011.

IT IS SO STIPULATED

Dated: March 14, 2011       /s/ Alan Baum
      ALAN BAUM
      Attorney for Defendant
      Dishan Perera

Dated: March 14, 2011       /s/ Michael L. Chastaine
      MICHAEL L. CHASTAINE
      Attorney for Defendant
      Jeremy Gachago

Dated: March 14, 2011       /s/ Christopher R. Cosca
      CHRISTOPHER R. COSCA
      Attorney for Defendant
      Ramiro Garcia

Dated: March 14, 2011       /s/ Christopher Haydn-Myer
      CHRISTOPHER HAYDN-MYER
      Attorney for Defendant
      Love Deep Singh Sidhu

Dated: March 14, 2011       /s/ Olaf W. Hedberg
      OLAF W. HEDBERG
      Attorney for Defendant
      Leonard Woodfork

Dated: March 14, 2011       /s/ Dan F. Koukol
      DAN F. KOUKOL
      Attorney for Defendant
      Jason Cavileer

Dated: March 14, 2011                          /s/ Michael D. Long
                                               MICHAEL D. LONG
                                               Attorney for Defendant
                                               Michael Tran

Dated: March 14, 2011                          /s/ John R. Manning
                                               JOHN R. MANNING
                                               Attorney for Defendant
                                               Navpreet Singh

Dated: March 14, 2011                          /s/ Mark Waecker
                                               MARK WAECKER
                                               Attorney for Defendant
                                               Imesh Perera

Dated: March 14, 2011                          /s/ Shari Rusk
                                               SHARI RUSK
                                               Attorney for Defendant
                                               Torey Moore

Dated: March 14, 2011                          /s/ Mark J. Reichel
                                               MARK J. REICHEL
                                               Attorney for Defendant
                                               Navjot Singh


Dated: March 14, 2011                          Benjamin B. Wagner
                                               United States Attorney


                                               by: /s/ Todd D. Leras
                                               TODD D. LERAS
                                               Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. CR-S-10-347 MCE
                           )
    Plaintiff,             )
                           ) ORDER TO
                           ) CONTINUE STATUS CONFERNCE
v.                         )
                           )
DISHAN PERERA et al.,      )
                           )
    Defendants.            )

    GOOD CAUSE APPEARING, it is hereby ordered that the March 17, 2011 status conference be continued to April 28, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to April 28, 2011.

    IT IS SO ORDERED.

DATED: March 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4