```
JOHN E. VIRGA (Bar No. 39451)
JOHN E. VIRGA, INC.
A Professional Corporation
721 Eleventh Street
Sacramento, CA 95814
Telephone:   (916) 444-6595
Facsimile:   (916) 444-3318

Attorneys for Defendant
NAVPREET SINGH
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAVPREET SINGH,<br><br>Defendant. | CASE NO. 2:10-CR-00347-MCE<br><br>**STIPULATION AND ORDER RESCHEDULING JUDGMENT AND SENTENCING HEARING** |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill M. Thomas, counsel for the plaintiff United States of America, and John E. Virga, counsel for Defendant Navpreet Singh, that the Judgment and Sentencing Hearing scheduled for April 17, 2014, be vacated and moved up to March 14, 2014, at 9:00 a.m.

  On January 6, 2014, the parties continued the Judgment and Sentencing hearing to April 17, 2014. On February 19, 2014, the government agreed to recommend a 25-month sentence for defendant Navpreet Singh. Counsel believes that a 25-month sentence would result in Defendant being "time served" prior to the currently scheduled hearing. Because of this, the parties agree that the Judgment and Sentencing Hearing should be moved up to March 14, 2014.

  The parties agree that time should be excluded under 18 U.S.C. § 3161 (h)(7)(B)(4) for defense preparation and under Local Code T4 and that the ends of justice would be served by rescheduling outweigh the best interest of the public and defendant to a speedy trial.

1

Jill M. Thomas agrees to this request and has authorized John E. Virga to sign this stipulation on his behalf.

DATED: February 28, 2014

By: */s/ John E. Virga*
JOHN E. VIRGA
Attorney for Defendant

DATED: February 28, 2014

By: */s/ John E. Virga for Jill M. Thomas*
JILL M. THOMAS
Assistant United States Attorney

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the hearing date of April 17, 2014, at 9:00 a.m. is vacated, and moved to March 14, 2014, at 9:00 a.m.  The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through March 14, 2014.

Dated:  March 7, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT