UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,	Case No. 2:10-CR-00347-05-MCE

      Plaintiff,

  v.	**ORDER FOR RELEASE OF PERSON IN CUSTODY**

NAVPREET SINGH,

      Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release NAVPREET SINGH, Case No. 2:10-CR-00347-05-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $____ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's Order on March 14, 2014, of time served. |

Issued at Sacramento, California on March 14, 2014 at 9:19 a.m.

Dated: March 14, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE