UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Court Judge<br>Sacramento, California | RE:  Navpreet Singh<br>Docket Number:  2:10CR00347-05<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Navpreet Singh is requesting permission to travel to India.  Mr. Singh is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On March 14, 2014, Mr. Singh was sentenced for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute MDMA and BZP.

**Sentence Imposed:**  Time served; 36 months Supervised Release; $100 Special Assessment.  Special Conditions:  Warrantless search, financial disclosure, correctional treatment, drug testing, co-payment plan, drug offender registration, and cognitive behavioral treatment.

**Dates and Mode of Travel:**  Mr. Singh will leave on November 16, 2014, on China Eastern Airlines, Flight Number 590, and return on December 9, 2014, on China Eastern Airlines, Flight Number 564.

**RE:**  **Navpreet Singh**
   **Docket Number: 2:10CR00347-05**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Mr. Singh will be getting married in India. He will be staying with relatives during his stay.

Respectfully submitted,

*/s/ Kris M. Miura*

Kris M. Miura
United States Probation Officer

Dated:   November 3, 2014
    Elk Grove, California
    KMM/sda

*/s/ Jack C. Roberson*
**REVIEWED BY:**   **Jack C. Roberson**
   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved    ☐   Disapproved

**Dated: November 6, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2